IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| XENON HEALTH LLC, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 1:13-cv-244 |
| | LO/TCB |
| MIRZA BAIG, | |
| Defendant. | |

**DEFENDANT'S MOTION TO TRANSFER VENUE OR, IN THE ALTERNATIVE, TO DISMISS AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM**

Defendant Mirza Baig, by counsel and pursuant to 28 U.S.C. § 1404(a) and Fed. R. Civ. P. 12(b)(6), files this Motion to Transfer Venue or, in the Alternative, to Dismiss Amended Complaint for Failure to State a Claim. The reasons supporting this Motion are set forth in the contemporaneously filed Memorandum in Support of Motion to Transfer Venue or, in the Alternative, to Dismiss Amended Complaint for Failure to State a Claim.

DATED: May 3, 2013

Respectfully submitted,

MIRZA BAIG
By Counsel

_____/s/_____
John Patrick Sherry, Esq.
VSB No. 48768
JPS Law PLLC
10513 Judicial Drive
Suite 204
Fairfax, Virginia 22030
T: 703.385.4561
F: 703.890.1596
jpsherry@jpslaw.com

1

2

## CERTIFICATE OF SERVICE

      I hereby certify that on the 3rd day of May 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following registered ECF user:

Kevin F.X. DeTurris, Esq.
The Law Offices of Kevin F.X. DeTurris, LLC
43948 Riverpoint Drive
Leesburg, Virginia 20176
T: 571.252.8081
F: 571.252.8087
kdeturris@deturrislaw.com
*Counsel for Plaintiffs*

          /s/
John Patrick Sherry, Esq.
VSB No. 48768
JPS Law PLLC
10513 Judicial Drive
Suite 204
Fairfax, Virginia 22030
T: 703.385.4561
F: 703.890.1596
jpsherry@jpslaw.com